IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00580-MSK-KLM

VANNESSA FUCHS, and
BETHANY FUCHS, a child through her next friend VANESSA FUCHS,

    Plaintiffs,

v.

ANTHONY SANDERS, in his official and individual capacity,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File Amended Complaint [Docket No. 17; Filed June 13, 2008] (the "Motion"). Defendant, who has already filed an answer to the original complaint [Docket No. 6], does not oppose the Motion. On June 6, 2008, Plaintiffs filed an amended complaint without first seeking leave of the Court to do so [Docket No. 16]. See Fed. R. Civ. P. 15(a) Plaintiffs now request that the Court accept the amended complaint for filing.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk shall accept the Amended Complaint and Jury Demand [Docket No. 16] for filing as of the date of this Minute Order.

Dated: June 16, 2008