IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00580-MSK-KLM

VANNESSA FUCHS, and
BETHANY FUCHS, a child through her next friend VANESSA FUCHS,

    Plaintiffs,

v.

ANTHONY SANDERS, in his official and individual capacity,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 21; Filed August 21, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court as of the date of this Minute Order.

    Dated: August 22, 2008