# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Civil Case No. 08-cv-00580-PAB-KLM

VANESSA FUCHS and
BETHANY FUCHS,
a child through her next friend VANESSA FUCHS,

    Plaintiffs,

v.

ANTHONY SANDERS,

    Defendant.
_____

# MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    It is **ORDERED** that the Final Pretrial Conference previously scheduled for May 26, 2009 before Judge Marcia S. Krieger is vacated. Pursuant to the Practice Standards of this Court, the Pretrial Conference will be scheduled and conducted by the magistrate judge assigned to this case.

    Dated December 11, 2008.