IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-00580-PAB-KLM

VANESSA FUCHS and
BETHANY FUCHS,
a child through her next friend VANESSA FUCHS,

　　　　Plaintiffs,

v.

ANTHONY SANDERS,

　　　　Defendant.
_____

**ORDER**
_____

　　　　This matter is before the Court on defendant's Motion to Dismiss Plaintiff

Bethany Fuchs' Complaint [Docket No. 7] filed on May 9, 2008.  Plaintiffs responded to

the motion to dismiss on June 6, 2008 [Docket No. 15] and filed an Amended

Complaint and Jury Demand ("Amended Complaint") [Docket No. 16]

contemporaneously.  Plaintiff then sought leave of the Court to file its Amended

Complaint, which Magistrate Judge Kristen L. Mix granted on June 16, 2008 [Docket

No. 19].  Thus, as of June 16, 2008, the operative pleading was the Amended

Complaint.  Defendant's motion to dismiss is therefore directed to an inoperative,

superseded pleading.  *See, e.g., Gilles v. United States,* 906 F.2d 1386, 1389 (10th Cir.

1990) ("[A] pleading that has been amended under Rule 15(a) supersedes the pleading

it modifies . . . .") (internal quotation marks omitted).  As such, the motion to dismiss is

moot.

Therefore, it is

**ORDERED** that the motion to dismiss [Docket No. 7] is Denied as moot.

DATED January 5, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge