# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 28, 2009 |
| Court Reporter: Janet Coppock | Time: one hour and 24 minutes |

**CASE NO.   08-cv-00580-PAB-KLM**

| Parties | Counsel |
|---|---|
| **VANESSA FUCHS, and** <br> **BETHANY FUCHS, a child through** <br> **her next friend Vanessa Fuchs,** | Qusair Mohamedbhai |
| Plaintiff (s), | |
| vs. | |
| **ANTHONY SANDERS,** | Edward Caswall <br> Brenna Meng |
| Defendant (s). | |

## MOTION HEARING

**1:35 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant Anthony Sanders is present.

**Defendant's Motion for Summary Judgment and Memorandum in Support (Doc #35), filed 1/12/09.**

Page Two
08-cv-00580-PAB-KLM
August 28, 2009

**1:36 p.m.**     Argument by Mr. Caswall.  Questions by the Court.

**2:19 a.m.**     Argument by Mr. Mohamedbhai.  Questions by the Court.

**2:43 p.m.**     Rebuttal argument by Mr. Caswell.

**ORDERED:**  Defendant's Motion for Summary Judgment and Memorandum in Support (Doc #35), filed 1/12/09 is **TAKEN UNDER ADVISEMENT.**

**2:59 p.m.**     **COURT IN RECESS**

**Total in court time:**        **84 minutes**

**Hearing concluded**