**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00580-PAB-KLM

VANESSA FUCHS,
BETHANY FUCHS, a child thorough her next friend VANESSA FUCHS,

    Plaintiffs,

v.

ANTHONY SANDERS, in his official and individual capacity,

    Defendant.

---

**ORDER APPROVING STIPULATION REGARDING COSTS**
**AND APPEAL RIGHTS**

---

This matter is before the Court on the parties' Stipulation Regarding Costs and Appeal Rights (**Doc. #63**), and the Court being fully advised in the premises and finding good cause therefore, it is

ORDERED that the parties' Stipulation Regarding Costs and Appeal Rights be and is hereby approved, the same to be enforceable as an order of the Court.

DATED October 21, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge